HARTFORD RUBBER WORKS CO. v. CONSOLIDATED RUBBER TIRE CO. (Circuit Court, D. New Jersey. May 8, 1902.) J. Laflin Kellogg, for the motion. Joseph Kling, opposed.

KIRKPATRICK, District Judge. The bill of complaint in this cause is substantially the same as that of India Rubber Co. v. Same Defendant, 117 Fed. 354, and the relief sought of the same character, being money damages for contracts broken. The cases were heard together. For reasons given in the case above referred to, judgment must be for the defendant on demurrer, and the bill dismissed.